UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE ERECTORS, INC., a California corporation,<br><br>Defendant. | Case No. 2:13-mc-00076-KJM-EFB<br><br>Central District of California<br>Case No. CV11-8673 GW (JEMx)<br><br><br>ORDER TO APPOINT PROCESS SERVER |

KKF/cl/0925.105.01(C).wpd

1  **IT IS SO ORDERED** that Janney & Janney Attorney Service, Inc. is appointed
2 as the designated process server and preparer of all the necessary documents to
3 enforce the judgment in the above-referenced matter by serving the Writ of Execution.
4 The U.S. Marshal's Service will remain as the Levying Officer.

5 DATED: August 21, 2013.

_____
UNITED STATES DISTRICT JUDGE