1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10   BOARD OF TRUSTEES OF THE                )   Case No. 2:13-mc-00076-KJM-EFB
     CALIFORNIA IRONWORKERS FIELD            )
11   PENSION TRUST; BOARD OF                 )   Central District of California
     TRUSTEES OF THE CALIFORNIA              )   Case No. CV11-8673 GW (JEMx)
12   IRONWORKERS FIELD WELFARE               )
     PLAN; BOARD OF TRUSTEES OF THE          )
13   CALIFORNIA FIELD IRON WORKER            )   [~~PROPOSED~~] ORDER FOR
     VACATION TRUST FUND; BOARD OF           )   CONTINUANCE OF AND
14   TRUSTEES OF THE CALIFORNIA              )   APPEARANCE AT JUDGMENT
     FIELD IRON WORKERS                      )   DEBTOR'S EXAMINATION
15   APPRENTICESHIP TRAINING AND             )   PURSUANT TO STIPULATION
     JOURNEYMAN RETRAINING FUND;             )
16   BOARD OF TRUSTEES OF THE                )
     CALIFORNIA AND VICINITY FIELD           )
17   IRON WORKERS ANNUITY FUND;              )   Debtor's Examination:
     BOARD OF TRUSTEES OF THE                )   Examination Date:   October 9, 2013
18   CALIFORNIA FIELD IRON WORKERS           )   Time:               9:30 a.m.
     ADMINISTRATIVE TRUST; BOARD             )   Courtroom:          8
19   OF TRUSTEES OF THE CALIFORNIA           )   Magistrate Judge:   Edmund F.
     FIELD IRONWORKERS LABOR                 )                       Brennan
20   MANAGEMENT COOPERATIVE                  )
     TRUST FUND; BOARD OF TRUSTEES           )   New Debtor's Examination:
21   OF THE IRONWORKERS WORKERS'             )   Examination Date:   October 23, 2013
     COMPENSATION TRUST; and BOARD           )   Time:               9:30 a.m.
22   OF TRUSTEES OF THE IRONWORKER           )   Courtroom:          8
     MANAGEMENT PROGRESSIVE                  )   Magistrate Judge:   Edmund F.
23   ACTION COOPERATIVE TRUST,               )                       Brennan
                                             )
24              Plaintiffs,                  )
                                             )
25        v.                                 )
                                             )
26   GOLDEN STATE ERECTORS, INC.,            )
                                             )
27   a California corporation,               )
                                             )
28              Defendant.                   )
                                             )

KKF/cl/13mc76.contoex.1003.wpd

1    Based upon the Stipulation entered into between Plaintiffs and Judgment

2  Creditors BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS

3  FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA

4  IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE

5  CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF

6  TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP

7  TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES

8  OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY

9  FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS

10  ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA

11  FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST

12  FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS'

13  COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER

14  MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, and

15  Defendant and Judgment Debtor GOLDEN STATE ERECTORS, INC., a California

16  corporation and filed herein on October 2, 2013, IT IS HEREBY ORDERED as

17  follows:

18    The Examination Re: Enforcement of Judgment set for October 9, 2013 in the

19  above-entitled matter shall be continued to October 23, 2013 at 9:30 a.m.

20  DATED:  October 3, 2013.

21

22                    EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

KKF/cl/13mc76.contoex.1003.wpd

Order for Continuance of and Appearance at Judgment Debtor's Exam, et al.    Case No. 2:13-mc-00076-KJM-EFB