1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOLDEN STATE ERECTORS, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 2:13-mc-00076-KJM-EFB<br><br>Central District of California<br>Case No. CV11-8673 GW (JEMx)<br><br>[~~PROPOSED~~] ORDER FOR CONTINUANCE OF AND APPEARANCE AT JUDGMENT DEBTOR'S EXAMINATION PURSUANT TO STIPULATION<br><br>Debtor's Examination:<br>Examination Date:　October 9, 2013<br>Time:　　　　　　　9:30 a.m.<br>Courtroom:　　　　 8<br>Magistrate Judge:　Edmund F. Brennan<br><br>New Debtor's Examination:<br>Examination Date:　October 23, 2013<br>Time:　　　　　　　9:30 a.m.<br>Courtroom:　　　　 8<br>Magistrate Judge:　Edmund F. Brennan |

KKF/cl/13mc76.contoex.1003.wpd

Order for Continuance of and Appearance at Judgment Debtor's Exam, et al.　　Case No. 2:13-mc-00076-KJM-EFB

1  Based upon the Stipulation entered into between Plaintiffs and Judgment Creditors BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, and Defendant and Judgment Debtor GOLDEN STATE ERECTORS, INC., a California corporation and filed herein on October 2, 2013, IT IS HEREBY ORDERED as follows:

The Examination Re: Enforcement of Judgment set for October 9, 2013 in the above-entitled matter shall be continued to October 23, 2013 at 9:30 a.m.

DATED: October 3, 2013.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

KKF/cl/13mc76.contoex.1003.wpd
Order for Continuance of and Appearance at Judgment Debtor's Exam, et al.   Case No. 2:13-mc-00076-KJM-EFB